IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00795-DDD-NRN

JEFFREY DOUGLAS WOOD,

Plaintiff,

v.

LOCKHEED MARTIN CORPORATION, et al.,
Defendants.

_____

MOTION FOR ORAL ARGUMENT REGARDING THE MOTION TO DISMISS
FILED BY DEFENDANTS
_____

Plaintiff, by his undersigned attorneys, hereby moves for an Order allowing oral argument on Defendants' Motion to Dismiss (Dkt. No. 20), and the Response thereto (Dkt. 35).

**CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCivR. 7.1(a)**

Undersigned counsel, Nathan Davidovich certifies that he conferred with Attorneys Jeremy P. Blumenfeld and Abbey M. Glenn, of Morgan, Lewis & Bockius LLP, who represent Defendants, regarding this Motion and have been authorized to represent to the Court that Defendants object to the relief requested.

As grounds for this Motion, Plaintiff states as follows:

1. Defendants' Motion to Dismiss was filed on May 24, 2019, and Plaintiff's Response thereto was filed on July 1, 2019. The Motion has not yet been ruled on.

2. In the interim, on May 21, 2021, District Judge Babcock, of this Court, made a ruling on a similar case to that of Plaintiff, which ruling calls into question the validity of two of Defendants cases cited in support of their motion. That is the case of *Rol-Hoffman v. Regional Care, Inc.*, et al, 2021 WL 1978780 (D. Colo. May 21, 2021). In its Motion to Dismiss, at page

6, Defendants argued that you cannot assert an ERISA § 502(a)(1)(B) claim without an allegation of injury separate and distinct from the denial of severance benefits. At this point, it appears that the two cases cited by Defendants in support of that position, *Lefler v. United Healthcare of Utah, Inc.*, 72 F. App'x 818, 826 (10th Cir. 2003) and *Sliwinski v. Aetna Life Ins. Co.*, No. 17-cv-01528-RM-MEH, 2017 WL 4616599, at *6-7 (D. Colo. Oct. 16, 2017), report and recommendation adopted, 2018 WL 4697310 (D. Colo. Mar. 2, 2018), are refuted by *Rol-Hoffman*.

3. The decision to grant or deny a request for oral argument is clearly within the discretion of this Court, as stated in D.C.COLO.LCivR. 7.1(h), but undersigned counsel feels that oral argument might clarify any questions raised by *Rol-Hoffman*.

Dated this 17th day of August 2021.

Respectfully submitted.

s/ Nathan Davidovich
DAVIDOVICH LAW FIRM, LLC
501 S. Cherry Street
Suite 1100
Denver, CO 80246-1325
Telephone: (303) 825-5529
Fax: 720-409-3668
Email: nathandavidovich@talk-law.com

s/ Eileen R. Lerman
LERMAN & ASSOCIATES, PC
ATTORNEYS AT LAW
1018 Fillmore Street.
Denver, CO 80206
Telephone: (303) 394-3900
Email: Eileen@lermanpc.com

ATTORNEYS FOR PLAINTIFF

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.

s/Nathan Davidovich

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this 17th day of August 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, who will send notification of such filing to the following e-mail addresses:

jeremy.blumenfeld@morganlewis.com
abbey.glenn@morganlewis.com

/s/ Nathan Davidovich