**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00795-RBJ

JEFFREY DOUGLAS WOOD,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION, et al.,

    Defendants.

---

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ORAL ARGUMENT
[DKT. 51]**

---

Jeremy P. Blumenfeld
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: 215.693.5000
Facsimile: 215.963.5001
Email: jeremy.blumenfeld@morganlewis.com

Abbey M. Glenn
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: 202.739.3000
Facsimile: 202.739.3100
Email: abbey.glenn@morganlewis.com

*Attorneys for Defendants*

Plaintiff's Motion for Oral Argument is really an attempt to bring to the Court's attention a new decision, *Rol-Hoffman v. Regional Care, Inc., et al*, 2021 WL 1978780 (D. Colo. May 18, 2021), that he believes supports his arguments regarding the fiduciary breach claim alleged as part of the First Claim for Relief. Plaintiff is wrong.

In *Rol-Hoffman*, the plaintiff asserted a claim for medical benefits under 29 U.S.C. §1132(a)(1)(B) and a separate claim for breach of fiduciary duty under 29 U.S.C. §1132(a)(3). 2021 WL 1978780, at *1-3.[1] The court held that those two claims could be pled together in the same complaint because the plaintiff asserted different violations – entitlement to benefits under §1132(a)(1)(B) and breach of fiduciary duty under §1132(a)(3) – and sought different relief. *Id.* ("Under the facts of this case (particularly the different bases and theories of liability between Counts I and II) and at the stage of these proceedings, I conclude that *Varity* does not bar Plaintiff's Second Claim for Relief.")

Here, although Plaintiff's Complaint *alleged* a claim for severance benefits and a breach of fiduciary duty claim (both in the First Claim for Relief, ¶¶ 45-46 (severance benefits); ¶¶ 48-50 (breach of fiduciary duty), Plaintiff now concedes that the Plan in this case (unlike in *Rol-Hoffman*) is a top hat plan *that is not subject to ERISA fiduciary duties*. *See* Dkt. 35 at 2 (admitting that the Plan is a "top hat plan unfunded plan…"), at 15 (admitting that "top hat plans are exempt from the Fiduciary section of Title I… and that "Top hat plans are excluded from ERISA's vesting, funding, *and fiduciary responsibility requirements*.") (emphasis added). Thus,

---

[1] ("The First Claim for Relief, brought under ERISA Section 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B), is a claim based on wrongful denial of benefits to recover benefits allegedly due to Plaintiff under the Plan. The Second Claim for Relief, brought pursuant to ERISA Sections 404(a) and 502(a)(3), 29 U.S.C. §§ 1104(a) and 1132(a)(3), is for breach of fiduciary duty based on various alleged procedural violations committed in the processing of Plaintiff's claim.").

1

nothing in the *Rol-Hoffman* decision can save Plaintiff's fiduciary breach claim here.  *See* Dkt. 20 at 5-6.  *See also Goldstein v. Johnson & Johnson*, 251 F.3d 433, 443 (3d Cir. 2001) ("[T]here is no cause of action for breach of fiduciary duty involving a top hat plan.").

Regarding Plaintiff's request for oral argument, Defendants are not opposed to oral argument on Defendants' Motion to Dismiss if the court finds it would be helpful.

Dated:  August 24, 2021

Respectfully submitted,

/s/ *Jeremy P. Blumenfeld*
Jeremy P. Blumenfeld
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: 215.693.5000
Facsimile: 215.963.5001
Email: jeremy.blumenfeld@morganlewis.com

Abbey M. Glenn
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: 202.739.3000
Facsimile: 202.739.3100
Email: abbey.glenn@morganlewis.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Eileen R. Lerman**
 & Associates, P.C.
1018 Fillmore Street
Denver, CO 80206
303-394-3900
Fax: 303-322-4005
Email: eileen@lermanpc.com

**Nathan Davidovich**
 Law Firm, LLC
501 South Cherry Street
Suite 1100
Denver, CO 80246-1325
303-825-5529
Fax: 720-409-3668
Email: nathandavidovich@talk-law.com

                                                                           */s/ Jeremy P. Blumenfeld*
                                                                             Jeremy P. Blumenfeld