IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00795-DDD-NRN

JEFFREY DOUGLAS WOOD,

Plaintiff,

v.

LOCKHEED MARTIN CORPORATION, et al.,
Defendants.

___

UNOPPOSED MOTION FOR WITHDRAWAL OF EILEEN R. LERMAN
AS COUNSEL FOR PLAINTIFF
___

Plaintiff, by his undersigned attorney, hereby moves for an order, pursuant to D.C.COLO.LAttyR 5(b), allowing the withdrawal of Eileen R. Lerman as counsel for Plaintiff, and as grounds therefore states as follows:

### CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCivR. 7.1(a)

Undersigned counsel, Nathan Davidovich certifies that he conferred with Attorneys Jeremy P. Blumenfeld and Abbey M. Glenn, of Morgan, Lewis & Bockius LLP, who represent Defendants, regarding this Motion and have been authorized to represent to the Court that Defendants do not object to the relief requested.

As grounds for this Motion, Plaintiff states as follows:

Eileen R. Lerman, co-counsel for Plaintiff, is no longer physically able to represent Plaintiff, due to her various medical issues, which caused her to place her Colorado Supreme Court bar status on inactive. She is not in a position to file this motion on her own behalf, and therefore undersigned counsel is filing this motion.

Dated this 4th day of July 2022.

Respectfully submitted.

s/ Nathan Davidovich
DAVIDOVICH LAW FIRM, LLC
501 S. Cherry Street
Suite 1100
Denver, CO 80246-1325
Telephone: (303) 825-5529
Fax: 720-409-3668
Email: nathandavidovich@talk-law.com

ATTORNEY FOR PLAINTIFF

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.

s/Nathan Davidovich

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this 4th day of July 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, who will send notification of such filing to the following e-mail addresses:

jeremy.blumenfeld@morganlewis.com; and,
abbey.glenn@morganlewis.com

And further, that I have sent a copy of this motion by e-mail to the following:

Eileen R. Lerman at: Eileen@lermanpc.com; and to
Plaintiff, Jeffrey Douglas Wood at: jeffreydwoodprvt@gmail.com

/s/ Nathan Davidovich